IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 MAR 10 AM 11: 24

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

_Jerry L. Day_____. Plaintiff

v.

_4ᵗʰ Judicial Court ElPaso County_____,

_4ᵗʰ Districts Attorney's office_____,

_Office of Attorney Regulatory Council___

_Colorado Supreme Court_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

See Attachment

**COMPLAINT**

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Attachment

In the United States District Court for the
District of Colorado

Civil Action #

1. State of Colorado

2. US Attorney's office

3. El Paso County Clerk and Recorders Office

4. James L. Way Trustee

5. Attorney Wilton W. Cogswell III

6. Paralegal and Wife Cathy Cogswell

7. Cheif Justice William Bain

8. Magistrate Frances Renee Johnson

9. Elizabeth Robinson Investigator DA.s office

10. District Attorney's Office Dan May

11. Mary Ann Directo

12. Attorney James Wilder

13. Magistrate Vincent N. Bahaman

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address. Failure to keep a current address on file with the
court may result in dismissal of your case.*

Jerry L. Day   P.O. Box 3103  Colo. Spgs. Colo   80934
(Name and complete mailing address)

719-491-7839        rokinla3yd@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If
more space is needed, use extra paper to provide the information requested. The additional
pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Chief Justice William Bain          719-452-5522
(Name and complete mailing address)

El Paso Co. Combined Court  270 So. Tejon
(Telephone number and e-mail address if known)  Colo Spgs Colo 80903

Defendant 2: Magistrate Frances Renee Johnson   719-452-5522
(Name and complete mailing address)

El Paso Co. Combined Court  270 So. Tejon  Colo Spgs Colo
(Telephone number and e-mail address if known)           80903

Defendant 3: Elizabeth Robinson Investigator  719- Cell- 331-8174
(Name and complete mailing address)          Office - 719-520-6143

105 E. Vermijo  Colo Spgs Colo   80903
(Telephone number and e-mail address if known)

Defendant 4: Attorney James Wilder            303-457-5800
(Name and complete mailing address)

Office of Attorney Regulatory Counsel
(Telephone number and e-mail address if known)
1330 Broadway Suite #500
Denver, Colo. 80203

2

Attachment

Attachment

Case #2019-CV-01000    B. Defendants Information

5. James E. Day Trustee Cell-716-661-1742, Home 719-683-2319
17125 Loop Road    Colo Spgs Colo    80928

6. Attorney Wilton W. Cogswell    719-473-1448
155 Lake Avenue    Colo Spgs Colo    80906

7. Paralegal and Wife Cath Cogswell    719-473-1448
155 Lake Avenue    Colo Spgs Colo    80906

8. 4th Judicial Court    719-452-5522
Judicial Administration office #410
270 So. Tejon    Colo Spgs Colo    80903

9. 4th Districts Attorneys Office    719-520-6000
105 E. Vermijo    Colo Spgs Colo 80903

10. Office of Attorney Regulatory Counsel    303-457-5800
1300 Broadway #500    Denver, Colo 80203

11. Colorado Supreme Court    720-625-5150
Ralph L. Carr Colorado Judicial Department
2 E. 14th Avenue    Denver, Colo. 80203

12. State of Colorado    303-866-4500
Colorado Attorney General's office
1300 Broadway    Denver, Colo 80203

Attachment

Case #2019-CV-01000          B. Defendants Information

13. U.S. Attorney's Office                 303-454-0100
    1801 California St. #1600     Denver, Colo   80203

14. El Paso County Clerk and Recorder's Office   719-520-6200
    1675 W. Garden of the Gods Road #2201
    Colo Spgs Colo        80907

15. Maryann Directo
    Judicial Administration office #410
    Transcript and Tape Department
    270 So. Tejon
    Colorado Spgs Colorado  80903

16. Magistrate Vincent N. Rahaman
    El Paso Co. Combined Court
    270 So. Tejon
    Colorad Spgs Colorado    80903

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Article III, Article IV of the U.S. Constitution*

*28 U.S.C. §1332 (c)(2), (d)(B), (2)(A), (11)(a)(I)(IV), 28 U.S. Code §541*

☐    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of *Colorado*              .

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## Attachment
### C. Jurisdiction


Articles of III and IV of the Constitution and federal Statues are to the Best of my Knowledge and Understanding.

Jerry McCoy

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: I Am Son, Heir, Divisee and Beneficiary of Nellie Day Trust

Supporting facts: are documented in following filed Cascses

    Case # 2016 PR 31115 — Probate court, El Paso Co.

    Case # 18 SA 54 — Colo. Supreme Court

    Case # 17-2279 — Office of Attorney Regulatory Council

    Case # 19-PR-248 — Probate Court El Paso Co.

4

CLAIM TWO: _____

      Supporting facts:

### E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

(1) I am asking for Tangible and financial damages from James E. Cay Trustee and from the Nellie Cay Trust to be determined upon investigation.

(2) from Attorney Wilton W. Cogswell III and Paralegal and wife Cathy Cogswell for Both financial (500,000.00) and Punitive (35,000,000.00) for stress and depression Resulting in Serious Health Issues.

(3) from Magistrate Frances Renee Johnson for Both Fininacial (500,000.00) and Punitive (35,000,000.00) for Serious heath issues. from stress and depression.

(4) from Magistrate Vincent N. Rahaman for Both financial (500,000.00) and Punitive (35,000,000.00) for stress and depression Resulting in Serious Health issues.

(See Attachment)

### F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised December 2017)

6

Attachment
E. Request for Releif.

4. El Paso County Clerk and Recorder's office to be determined upon investigation of James E. Day and Quit Claims on Property Located at So. Peyton Highway (160 acres)

5. All other defendents Consolidated for Punitative damages Collectively at $385,000,000⁰⁰.

Cover Sheet
Case #

1. Federal civil Case

2. adjoining Civil Case

3. Waiver of fees

4. Case # 19-PR-248 El Paso Co. Probate Court

5. Case # 17-2279   Office of Attorney Regulatory Council
of Colorado Supreme Court

6. Case # 18-SA-54   Colorado Supreme Court

7. Records of Case # 2016PR31115 El Paso Co Probate Court